No. 719. JAFFE *v.* FEDERAL TRADE COMMISSION. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin F. Morrison* for petitioner. *Solicitor General*

*Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, Matthias N. Orfield,* and *W. T. Kelley* for respondent.

